IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDREW WOLTERS,<br>    Plaintiff, | Civil Action No. 7:12-cv-00006 |
| v. | **ORDER** |
| COMMONWEALTH OF VIRGINIA, <u>et al.</u>,<br>    Defendants. | By:   Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed <u>in forma pauperis</u>.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This _____ day of May, 2012.

_____
Senior United States District Judge